UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| CHRISTIAN DE LA VEGA, | ) | No. CV 11-5235-SVW (PLA) |
| Petitioner, | ) | **JUDGMENT** |
| v. | ) | |
| McEWEN, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the order accepting the magistrate judge's findings, conclusions and recommendation,

IT IS ADJUDGED that the petition in this matter is denied and dismissed with prejudice.

DATED: October 13, 2015

_____
HONORABLE STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE